B1 (Official Form 1 (04/13)

| United States Bankruptcy Court for the Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagle, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**EIN 72-0175440** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1100 Poydras Street, 30th Floor**<br>**New Orleans, LA**<br>ZIP CODE **70163** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orleans** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1100 Poydras Street, Suite 2900, PMB 117**<br>**New Orleans, LA**<br>ZIP CODE **70163** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☒ Chapter 11            Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                                  Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding or against debtor is pending | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>------------------------------------<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1 (04/13)                                                                                                          **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> **Eagle, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.)

| Location <br> Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed; |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue** <br> (Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____ <br> (Name of landlord that obtained judgment)

_____ <br> (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

01:17675806.3

B1 (Official Form 1 (04/13)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Eagle, Inc. |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

X _____
   (Printed Name of Foreign Representative)

_____
   Date

**Signature of Attorney***

X _____
   Signature of Attorney (for Debtor(s))

Stephen H. Kupperman (La. Bar No. 7890)
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street
24th Floor
New Orleans, Louisiana 70112
(504) 589-9700

James L. Patton, Jr. (Delaware Bar No. 2202)
Edwin J. Harron (Delaware Bar No. 3396)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

Date: September 22, 2015

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

Raymond P. Telfini
Title: President

Date: September 22, 2015

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

01:17675806.3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section ____ |

## LIST OF THE 20 LAW FIRMS REPRESENTING THE LARGEST NUMBERS OF ASBESTOS PLAINTIFFS ASSERTING CLAIMS AGAINST THE DEBTOR

Eagle, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in this Court on the date hereof (the "**Petition Date**"). Contemporaneously with the filing of the petition, the Debtor filed a motion requesting, among other things, authority to file a list of the twenty (20) law firms representing the largest number of asbestos plaintiffs asserting claims against the Debtor (the "**Asbestos List**") in lieu of filing a list of the twenty persons or entities holding the largest unsecured claims against the Debtor in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Asbestos List was prepared with information existing as of September 16, 2015 and is included below. The Debtor reserves the right to amend the Asbestos List based on information existing as of the Petition Date.

The information contained in the Asbestos List shall not constitute an admission by, nor shall it be binding on, the Debtor.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440. The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] |
|------|------------------|------------------|------------------|------------------|
| 1 | Baron & Budd, P.C. | 1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112<br>PHONE: 800-222-2766<br>FAX: 225-927-5449 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 2 | Murray Law Firm | 650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>PHONE: 504-525-8100<br>FAX: 504-584-5249 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 3 | Deakle Law Firm | 802 North Main Street<br>P.O. Box 2072<br>Hattiesburg, MS 39403<br>PHONE: 601-544-0631<br>FAX: 601-544-0666 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 4 | Scruggs, Millette, Lawson, Bozeman & Dent, P.A. | 734 Delmas Avenue<br>Pascagoula, MS 39567 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 5 | Campbell, Cherry, Harrison, Davis & Dove | 5 Ritchie Road<br>Waco, TX 76712-8555<br>PHONE: 866-539-2648<br>FAX: 254-761-3301 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 6 | Motley Rice, LLC | 940 Gravier Street<br>New Orleans, LA 70112<br>PHONE: 504.648.1480<br>FAX: 504.648.1499 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 7 | Jon A. Swartzfager | 442 North 6th Street<br>Laurel, MS 39440<br>PHONE: 601-649-3240<br>FAX: 601-428-7691 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 8 | Brent Coon & Associates | 215 Orleans Street<br>Beaumont, TX 77701<br>PHONE: 866-335-2666<br>FAX: 409-833-4483 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 9 | Blackwell & Associates | 2600 CitiPlace, Suite 525<br>Baton Rouge, LA 70808<br>PHONE: 225-769-2462 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |

---

[2]    The Debtor and its estate reserve their right to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| 10 | Scott C. Taylor P.A. | 5912 Olde Oak View<br>Ocean Springs, MS 39564-8735<br>PHONE: 228-875-0424<br>EMAIL: scottceciltaylor@aol.com | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 11 | F. Gerald Maples, P.A. | Canal Place<br>365 Canal Street, Suite 1460<br>New Orleans, LA 70130<br>PHONE: 866-548-7765<br>FAX: 504-525-6932 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 12 | Bruscato, Tramontana & Wolleson | 2011 Hudson Lane<br>Monroe, LA 71201-5705<br>PHONE: 318-325-7577 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 13 | R.G. Taylor, II, P.C. & Associates | 4119 Montrose Blvd., Suite 400<br>Houston, TX 77006<br>PHONE: 800-229-4035<br>FAX: 713-654-7814 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 14 | Shannon & Munn, PLLC | 100 West Gallatin Street<br>P.O. Drawer 869<br>Hazlehurst, MS 39083 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 15 | LeBlanc and Waddell LLC | 5353 Essen Lane<br>Baton Rouge, LA 70809<br>PHONE: 225-768-7222<br>FAX: 225-768-7999 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 16 | Maples & Lomax, P.A. | 2502 Market Street<br>Pascagoula, MS 39568<br>PHONE: 800-874-1362<br>FAX: 228-762-5768 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 17 | Lundy & Davis | 501 Broad Street<br>Lake Charles, LA 70601<br>PHONE: 337-439-0707<br>FAX: 337-439-1029 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 18 | John F. Dillon PLC | 81174 Jim Loyd Road<br>Folsom, LA 70437<br>PHONE: 985-796-8710<br>EMAIL: jdillon1@johndillonlaw.com | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] |
|---|---|---|---|---|
| 19 | David O. McCormick | 729 Watts Avenue<br>Pascagoula, MS 39567<br>PHONE: 866-461-1591<br>FAX: 228-762-4864 | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |
| 20 | Murray & Wilson | 301 Main Street, Suite 810<br>Baton Rouge, LA 70801<br>PHONE: 225-925-1110<br>EMAIL: info@murraylaw.net | Asbestos personal injury | Disputed/ Contingent/ Unliquidated |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section ____ |

### DECLARATION REGARDING LIST OF THE 20 LAW FIRMS REPRESENTING THE LARGEST NUMBERS OF ASBESTOS PLAINTIFFS ASSERTING CLAIMS AGAINST THE DEBTOR

I, Raymond P. Tellini, President of Eagle, Inc., the above-captioned debtor and debtor-in-possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *List of the 20 Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date:  September 22, 2015            EAGLE, INC.

_____
Raymond P. Tellini, President

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5440.  The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section _____ |

## LIST OF EQUITY SECURITY HOLDERS OF EAGLE, INC.

The following is the list of the equity security holders of Eagle, Inc. as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Security Holder | Address | Ownership |
|---|---|---|
| Eagle Acquisition, Inc. | 109 E 17th Street, Suite 80, Cheyenne, WY 82001 | 100% |

---

[1]  The last four digits of the Debtor's taxpayer identification number are 5440.  The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section ____ |

## DECLARATION CONCERNING LIST OF
## EQUITY SECURITY HOLDERS OF EAGLE, INC.

I, Raymond P. Tellini, President of Eagle, Inc., the above-captioned debtor and debtor-in-possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the *List of Equity Security Holders of Eagle, Inc.*, submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date: September 22, 2015          EAGLE, INC.

_____
Raymond P. Tellini, President

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5440.  The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section _____ |

### DEBTOR'S CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Eagle, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), hereby states that Eagle Acquisition, Inc. owns, either directly or indirectly, 100% of the outstanding equity interests in the Debtor.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5440. The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section ____ |

### DECLARATION CONCERNING DEBTOR'S CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Raymond P. Tellini, President of Eagle, Inc., the above-captioned debtor and debtor-in-possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtor's Consolidated Ownership Statement Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date:  September 22, 2015          EAGLE, INC.

_____
Raymond P. Tellini, President

---

[1]   The last four digits of the Debtor's taxpayer identification number are 5440.  The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE, INC.,[1] | Case No. 15-_____ (    ) |
| Debtor. | Section _____ |

## MASTER CREDITOR LIST

Eagle, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in this Court on the date hereof (the "**Petition Date**").   Contemporaneously with the filing of the petition, the Debtor filed a motion (the "**Motion**") requesting, among other things, authority to list the addresses of counsel of record for asbestos personal injury claimants on the list of creditors (the "**Master Creditor List**") in lieu of filing the addresses of individual claimants themselves.   Pursuant to the Motion, the Debtor is seeking authority to serve all notices, mailings, and other documents required to be provided to asbestos personal injury claimants on counsel of record for such claimants.

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Local Rules**"), the Master Creditor List is being filed concurrently herewith.

The Master Creditor List has been prepared from the Debtor's books and records and contains only those parties whose names and addresses were maintained in the databases of the Debtor or were otherwise readily ascertainable by the Debtor prior to the commencement of

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5440.  The Debtor's address is 1100 Poydras Street, 30th Floor, New Orleans, LA 70163.

this case.   The Debtor will update the Master Creditor List as more information becomes available.

Certain of the creditors listed in the Master Creditor List may not hold outstanding claims against the Debtor and therefore may not be creditors in the Debtor's bankruptcy case.   By filing the Master Creditor List, the Debtor is not waiving or otherwise affecting its right to object to the extent, validity, or enforceability of the claims, if any, held by the parties listed on the Master Creditor List.

The undersigned hereby certifies that the Master Creditor List contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, and is consistent with the information contained therein.   To the extent practicable, the Master Creditor List complies with Local Rule 1007-2.

Dated: September 22, 2015            By: _____
                                          Raymond P. Tellini, President of Eagle, Inc.

Eagle QSF Management LLC
Attn: Raymond Tellini
109 East 17th Street, Suite 63
Cheyenne, WY 82001

John Osborne
Global Risk Capital Advisors LLC
1655 North Fort Myer Drive, Suite 700
Arlington, VA  22209

Paul A. Zevnik, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Baron & Budd, P.C.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Deakle Law Firm
802 North Main Street
P.O. Box 2072
Hattiesburg, MS 39403

Scruggs, Millette, Lawson, Bozeman & Dent, P.A.
734 Delmas Avenue
Pascagoula, MS 39567

Campbell, Cherry, Harrison, Davis & Dove
5 Ritchie Road
Waco, TX 76712-8555

Motley Rice, LLC
940 Gravier Street
New Orleans, LA 70112

Jon A. Swartzfager
442 North 6th Street
Laurel, MS 39440

Brent Coon & Associates

215 Orleans Street
Beaumont, TX 77701

Blackwell & Associates
2600 CitiPlace, Suite 525
Baton Rouge, LA 70808

Scott C. Taylor P.A.
5912 Olde Oak View
Ocean Springs, MS 39564-8735

F. Gerald Maples, P.A.
Canal Place
365 Canal Street, Suite 1460
New Orleans, LA 70130

Bruscato, Tramontana & Wolleson
2011 Hudson Lane
Monroe, LA 71201-5705

R.G. Taylor, II, P.C. & Associates
4119 Montrose Blvd., Suite 400
Houston, TX 77006

Shannon & Munn, PLLC
100 West Gallatin Street
P.O. Drawer 869
Hazlehurst, MS 39083

LeBlanc and Waddell LLC
5353 Essen Lane
Baton Rouge, LA 70809

Maples & Lomax, P.A.
2502 Market Street
Pascagoula, MS 39568

Lundy & Davis
501 Broad Street
Lake Charles, LA 70601

John F. Dillon PLC
81174 Jim Loyd Road
Folsom, LA 70437

David O. McCormick

01:17699744.2

2

729 Watts Avenue
Pascagoula, MS 39567

Murray & Wilson
301 Main Street, Suite 810
Baton Rouge, LA 70801

Amato & Creely
1010 Common Street, Suite 2650
New Orleans, LA 70112

Ansardi, Maxwell & Power
3445 North Causeway Blvd., Suite 736
Metairie, AL 70002

Ardoin Law Firm
12621 Featherwood Drive, Suite 322
Houston, TX 77032

Ron Austin & Associates, L.L.C.
400 Manhattan Boulevard
Harvey, Louisiana 70058

Baggett, McCall, Burgess, Watson & Gaughan, LLC
3006 Country Club Road
Lake Charles, LA 70605

Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Baron & Budd, P.C.
2600 CitiPlace Drive
Baton Rouge, LA 70808

Berniard Law LLC
300 Lafayette Street, Suite 101
New Orleans, LA 70130

Blue Williams, LLP
3421 North Causeway Blvd., Suite 900
Metairie, LA 70002

Bullock Campbell Bullock & Harris PC
8203 Willow Place Drive South, Suite 600

Houston, TX 77070

Byrd & Associates
427 East Fortification Street
Jackson, MS 39202

Cannella Law Firm, LLC
829 Baronne Street
New Orleans, LA 70113

Cothren Law Firm
3670 Lakeland Lane, #1
Jackson, MS 39216

Covert and Braud
341 Saint Charles Street
Baton Rouge, LA 70802

David L. Colvin & Associates
230 Huey P. Long Avenue
Gretna, LA 70053

Denham, Backstrom, O'Barr & Hollingsworth, Ltd.
424 Washington Ave
Ocean Springs, MS 39564

Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Donni E. Young
Early, Lucarelli, Sweeney & Meisenkothen
One Century Tower, 265 Church Street
New Haven, CT 06508

Dubose Law Firm, PLLC
829 Baronne Street
New Orleans, LA 70113

Edwin M. Shorty, Jr. & Associates
650 Poydras Street, Suite 2515
New Orleans, LA 70130

Fransen & Hardin A P.L.C.

814 Howard Avenue
New Orleans, LA 70113

Frazer & Davidson, PA
500 East Capitol Street
Jackson, MS 39201

Galante & Bivalacqua LLC
650 Poydras Street, Suite 2615
New Orleans, LA 70130

Gertler Law Firm
935 Gravier Street, Suite 1900
New Orleans, LA 70112

Glenn E. Diaz
2200 Jackson Blvd.
Chalmette, LA 70043

Gori, Julian & Associates, P. C.
156 North Main Street
Edwardsville, IL 62025

Grenfell, Sledge & Stevens, PLLC
1535 Lelia Drive
Jackson, MS 39216

Harrell & Nowak, LLC
650 Poydras Street, Suite 2107
New Orleans, LA 70130

Heard Robins Cloud LLP
9191 Siegen Lane, Building 7
Baton Rouge, LA 70810

Howard & Reed
839 St. Charles Avenue, Suite 306
New Orleans, LA 70130

Jack W. Harang, A P.L.C.
4220 Canal Street
New Orleans, LA 70119

John Arthur Eaves Law Firm
101 North State Street
Jackson, MS 39201

John H. Gaharan
10996 North Lake Rosemound
St. Francisville, LA 70775

Julie Ardoin, LLC
2200 Veterans Memorial Blvd.
Kenner, LA 70062

King, Krebs & Jurgens, PLLC
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

Landry & Swarr, L.L.C.
1010 Common Street, Suite 2050
New Orleans, LA 70112

Langston Frazer Sweet & Freese
201 Northj President Street
Jackson, MS 39201-1904

The Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Larry O. Norris
101 Ferguson Street
Hattiesburg, MS 39401

Law Office of Kevin C. Schoenberger
201 Saint Charles Avenue, Suite 2422
New Orleans, LA 70130

Richard P. Bullock
Bullock & Ham, A PLC
619 Barracks Street
New Orleans, LA 70116

Martzell & Bickford, A. P.C.
338 Lafayette Street
New Orleans, LA 70130

Mumphrey Law Firm, LLC

330 Oak Harbor Blvd., Suite D
Slidell, LA 70458

Neblett, Beard & Arsenault
2220 Bonaventure Court
Alexandria, LA 71301

Motley Rice LLC
940 Gravier Street
New Orleans, LA 70112

Laminack, Pirtle & Martines
5020 Montrose Blvd., 9th Floor
Houston, TX 77006-6533

Pamela L. Huddleston
509 Central Avenue, Suite 245
Laurel, MS 39440

Paul D. Henderson
712 West Division Avenue
Orange, TX 77630

Paul T. Benton
181 Main Street
P.O. Box 1341
Biloxi, MS 39533

Porter & Malouf, PA
P.O. Box 12768
Jackson, MS 39236

Pourciau Law Firm
2200 Veterans Memorial Blvd., Suite 210
Kenner, LA 70062

Law Offices of Howard & Reed
516 North Columbia Street
Covington, LA 70433

Robein, Urann, Spencer, Picard & Cangemi, A PLC
2540 Severn Avenue, Suite 400
Metairie, LA 70002

Robert A. Pritchard
934 Jackson Avenue

Pascagoula, MS 39567

Robert S. Tew
2022 Forsythe Avenue
Monroe, LA 71201

Roussel & Clement
1714 Cannes Drive
La Place, LA 70068-2407

Scheuermann & Jones, LLC
One Shell Square, 41st Floor
701 Poydras Street
New Orleans, LA 70139

Shawn C. Reed
516 North Columbia Street
Covington, LA 70433

Simmons Hanly Conroy
230 West Monroe, Suite 2221
Chicago, IL 60606

Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130

SWMK Law, LLC
701 Market Street, Suite 1575
St. Louis, MO 63101

The Nemeroff Law Firm
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170

Tyner Law Firm, P.A.
5750 I-55 North
Jackson, MS 39211

Waddell Anderman, LLC
2222 Eastgate Drive
Baton Rouge, LA 70816

Waters & Kraus, LLP

3219 McKinney Avenue
Dallas, TX 75204

Watson & Heidelberg, P.A.
520 East Capitol Street
Jackson, MS 39201-2703

William L. Denton
955 Howard Avenue
Biloxi, MS 39530

William Roberts Wilson Jr. P.A.
213 Katherine Drive
Flowood, MS 39232

Williams Law Office, LLC
433 Metairie Road, Suite 401
Metairie, LA 70005

Wilson Law Office, P.A.
P.O. Box 10389
Raleigh, NC 27605

## EAGLE, INC.

## RESOLUTION

**WHEREAS**, it is in the best interest of Eagle, Inc. (this "**Corporation**") to file a voluntary petition in the United States Bankruptcy Court for the Eastern District of Louisiana pursuant to chapter 11 of title 11 of the United States Code;

**BE IT RESOLVED** that Raymond P. Tellini, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT FURTHER RESOLVED** that Raymond P. Tellini, President of this Corporation, is authorized to appear in all bankruptcy proceedings on behalf of this Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of this Corporation in connection with such bankruptcy case;

**BE IT FURTHER RESOLVED** that Raymond P. Tellini, President of this Corporation, is authorized and directed to employ Young Conaway Stargatt & Taylor, LLP as its general bankruptcy counsel, Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as its local bankruptcy counsel, and any and all other professionals Raymond P. Tellini deems necessary to the administration and prosecution of the chapter 11 voluntary bankruptcy case.

Dated: September 22, 2015          By: _____

Raymond P. Tellini, President of Eagle, Inc.