## United States Bankruptcy Court
## Eastern District of Louisiana

*In Re:*                                                                               *Case Number*

Eagle, Inc.                                                                                15-12447

                                                                                    *Chapter 11*
*Debtor(s)*                                                                          *Section B*

## Order

Upon the filing of this proceeding under provisions of Chapter 11 of the Bankruptcy Code and under the authority granted by 11 U.S.C. §105 to carry out the provisions of the Bankruptcy Code, the following orders are entered:

**IT IS ORDERED** that the debtor file a Plan of Reorganization within 120 days after the date of the Order for Relief under this Chapter as provided under §1121 and §1123 of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the debtor file with this Court on or before the 15th day of each month financial information of the debtor covering the previous month's operations, which consists of the following:

a)   Balance Sheet;
b)   Profit and loss statement for the current month and the accumulation during the Chapter 11 proceeding;
c)   Cash receipts and disbursements;
d)   Complete list of all unpaid debts incurred during the previous month including the names and addresses of each creditor with the amount due;
e)   A narrative report of the debtor's efforts to rehabilitate and confect a Plan of Reorganization.

The monthly report forms in the United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements may be used to fulfill the requirements of a) through e).

**IT IS FURTHER ORDERED** that the debtor must immediately close any bank account over which the debtor has possession or control and open new debtor in possession accounts with the name of the debtor, the designation "Debtor in Possession", and the case number imprinted on all permanent checks. Bank accounts are to be opened only in authorized depositories as designated by the United States Trustee.

**IT IS FURTHER ORDERED** that the debtor maintain insurance at an amount at least equal to the replacement value of the property of the estate.

**IT IS FURTHER ORDERED** that the debtor pay to the United States Trustee all quarterly fees when they become due under the provisions of 28 U.S.C. §1930.

**IT IS FURTHER ORDERED** that the debtor cooperate with all requests made by the Office of the United States Trustee including the Chapter 11 Operating Guidelines and Reporting Requirements promulgated by the United States Trustee.

Dated: September 23, 2015

_J. A. Brown_
Jerry A. Brown
United States Bankruptcy Judge